```
David A. Stephens, Esq.
Nevada Bar No. 00902
STEPHENS GOURLEY & BYWATER
3636 N. Rancho Drive
Las Vegas, Nevada 89130
Telephone: (702) 656-2355
Facsimile: (702) 656-2776
Email: dstephens@sgblawfirm.com
Attorney for Defendant
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA ETCHEVERRY, | Case No. 2:12-cv-01129-MMD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| STAGECOACH HOTEL & CASINO, INC., DOES I through V, and ROE CORPORATIONS I through V, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff, through her attorney, Althea Gilkey, Esq., and Defendant, through its attorney, David A. Stephens, Esq., as follows:

1. This matter may be dismissed with prejudice as to all parties and all claims.

2. The parties shall bear their own costs and attorney's fees.

Dated this 5th day of April, 2013.

```
/s/davidastephens                          /s/altheagilkey
David A. Stephens, Esq.                    Althea Gilkey, Esq.
Nevada Bar No. 00902                       Nevada Bar No. 06312
Stephens Gourley & Bywater                 2980 S. Rainbow Blvd., #110
3636 N. Rancho Drive                       Las Vegas, NV 89146
Las Vegas, NV 89130                        Attorney for Plaintiff
Attorney for Defendant
```

IT IS SO ORDERED

Dated: April 7, 2013

_____
U.S. District Judge